# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
December 23, 2020

Lyle W. Cayce
Clerk

No. 20-20465
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Stephen E. Stockman,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:17-CR-116-2

Before Haynes, Duncan, and Engelhardt, *Circuit Judges*.

Per Curiam:*

Stephen E. Stockman, former federal prisoner # 23502-479, appealed the district court's denial of his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A) (compassionate release). While the appeal was pending, Stockman was released from prison pursuant to a Presidential

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-20465

directive, mooting his appeal.  Accordingly, this appeal is DISMISSED AS MOOT.